AO 91 (REV.5/85) Criminal Complaint          AUSA Steven A. Block 312-886-7647

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

JUAN CARLOS VILLALOBOS

CASE NUMBER: **MAGISTRATE JUDGE DENLOW**

**08CR 0066**

I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about October 10, 2007, at Wheeling, in the Northern District of Illinois, Eastern Division, JUAN CARLOS VILLALOBOS, defendant herein,

willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of the passport under the authority of the United States, for his own, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws;

in violation of Title 18, United States Code, Section 1542. I further state that I am a Special Agent with the United States Department of State Bureau of Diplomatic Security and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

Signature of Complainant
ENRIQUE LAXA
Special Agent, Bureau of Diplomatic Security

Sworn to before me and subscribed in my presence,

January 29, 2008                    at   Chicago, Illinois
Date                                     City and State

MORTON DENLOW, U.S. Magistrate Judge
Name & Title of Judicial Officer          Signature of Judicial Officer

FILED
1-29-08
JAN 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

STATE OF ILLINOIS )
) 
COUNTY OF COOK )

## AFFIDAVIT

I, Enrique "Henry" Laxa, first being duly sworn, state the following under oath:

1. I am a Special Agent with the United States Department of State, Diplomatic Security Service (DSS) and have been employed as such since October 2005. Prior to this, I was a Senior Patrol Agent with the United States Border Patrol for over four years. As a Special Agent with DSS, I am currently assigned to the Chicago Field Office where my duties include the investigation of passport and visa fraud. I am an "Investigative or Law Enforcement Officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations and to make arrests for felony offenses.

2. The information contained in this affidavit is based on my personal knowledge as well as information provided to me by other law enforcement officers. This affidavit is in support of a complaint charging Juan Carlos VILLALOBOS with making a false statement in a passport application in violation of Title 18, United States Code, Section 1542. This affidavit does not contain all of the information known to me regarding this investigation, but rather, only those facts I believe necessary to establish probable cause that VILLALOBOS committed the charged offense.

3. The United States Department of State is responsible for issuing United States Passports to United States citizens. A United States citizen who wants to receive a passport is required to execute Department of State Form DS-11, Application for a United States Passport, before an authorized acceptance agent. At the time of application, the applicant must provide proof of United States citizenship and identity. The proof of identity and citizenship provided by the applicant are documented on Form DS-11 by the acceptance agent, as well as by the representative of the State Department's issuing office.

1

4.      On October 10, 2007, a man purporting to be William Lopez Quiles, later identified as VILLALOBOS, executed Form DS-11, Application for United States Passport, before an authorized acceptance agent at a United States Post Office in Wheeling, Illinois. As proof of citizenship, VILLALOBOS submitted a birth certificate issued by the Department of Health of Puerto Rico to "William Lopez Quiles." As proof of identity, VILLALOBOS submitted an Illinois driver's license with the name "William Lopez Quiles." VILLALOBOS signed the DS-11 using the name "William Lopez Quiles." By signing the DS-11, VILLALOBOS declared that the statements made on the DS-11 were true and correct and that the photograph attached was a true likeness of him.

4.      On October 18, 2007, a Fraud Prevention Manager reviewed the Lopez passport application. The manager referred the matter to DSS, Chicago Field Office, for further investigation.

5.      On November 13, 2007, I conducted a criminal background check using the name "William Lopez" and the birth date and social security number VILLALOBOS had submitted on the DS-11. The background check revealed that "William Lopez" had previously been arrested in Puerto Rico. I contacted Puerto Rico Police to request an arrest photo of "William Lopez." The arrest photo provided by the Puerto Rico Police did not match the photo of the passport applicant, VILLALOBOS.

6.      On December 7, 2007, I contacted the Illinois Secretary of State Police to determine whether "William Lopez" had a driver's license. They confirmed that Lopez had a license, and provided me a printed copy. The picture on the driver's license matches the picture VILLALOBOS submitted with his passport application. The Secretary of State Police also stated that a picture of the same individual appeared on a license issued in the name of "Rogelio Juarez." I reviewed the photographs on the "William Lopez" and "Rogelio Juarez" driver's licenses and confirmed that they are the same person, and that the photos also match the photo

submitted with the passport application under the name "William Lopez."

7. On December 10, 2007, I conducted a criminal history check on the name "Rogelio Juarez." I learned that Juan Carlos VILLALOBOS had been using this name as an alias. The criminal records check indicated that VILLALOBOS was in the country illegally. I requested the Immigration and Customs Enforcement (ICE) arrest photo for VILLALOBOS and learned that he had been deported twice.

8. The photo of VILLALOBOS in the ICE photo matches the photograph on the William Lopez and Rogelio Juarez driver's licenses, as well as the picture VILLALOBOS submitted with his passport application.

9. On January 29, 2008, Bureau of Immigration and Customs Enforcement and DSS agents arrested VILLALOBOS. VILLALOBOS had in his possession a driver's license in the name of "Rogelio Juarez" with VILLALOBOS' picture and a social security card in the name "William Lopez Quiles." The number on the social security card matches the number VILLALOBOS provided on his DS-11 passport application.

10. I ordered a fingerprint analysis to compare the prints of the individual arrested against the fingerprints in VILLALOBOS' criminal history file. The analysis confirmed that all these prints came from the same individual.

FURTHER AFFIANT SAYETH NOT.

_[signature]_

Enrique Laxa, Special Agent
Bureau of Diplomatic Security

SUBSCRIBED TO AND SWORN BEFORE
me this 29th day of January, 2008

_[signature]_

MORTON DENLOW
UNITED STATES MAGISTRATE JUDGE

4