# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 66 - 1 | **DATE** | 1/29/2008 |
| **CASE TITLE** | USA vs. Juan Carlos Villalobos | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 1/29/08. Defendant informed of rights. Enter order appointing Patrick E. Boyle to represent defendant. Defendant waives his right to a detention hearing without prejudice. Defendant to remain in custody pending preliminary examination set for 2/1/08 at 10:00 a.m.

Docketing to mail notices.

00:07

| | Courtroom Deputy Initials: | DK |
|---|---|---|