# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF: _____ VS. _____
FOR / AT: **FILED 1-29-08** JAN 29 2008 MAGISTRATE JUDGE MORTON DENLOW

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **JUAN CARLOS VILLALOBOS**

- [x] 1. Defendant – Adult
- [ ] 2. Defendant – Juvenile
- [ ] 3. Appellant
- [ ] 4. Probation Violator
- [ ] 5. Parole Violator
- [ ] 6. Habeas Petitioner
- [ ] 7. 2255 Petitioner
- [ ] 8. Material Witness
- [ ] 9. Other (Specify)

DOCKET NUMBERS
Magistrate: _____
District Court: **08 CR 0066**
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →) [x] Felony [ ] Misdemeanor
**18 USC Sect. 1542**

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment: **00**
How much did you earn per month? $ **1000**
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED / SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ~~[scratched out]~~

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ **500 00**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☒ No
VALUE / DESCRIPTION
IF YES, GIVE THE VALUE AND DESCRIBE IT $ **2000 00** / **1996 Honda Civic**

### OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS: [x] SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **N/A**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| RENT | $ | $ 500 00 |
| ELECTRICITY | $ | $ 50 00 |
| PHONE | $ | $ 40 00 |
|  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **1-29-2008**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Juan Carlos Villalobos*