KC FILED
FEB 20 2008
Feb 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 66    **JUDGE BUCKLO** |
| | ) | |
| v. | ) | Violations: Title 18, United |
| | ) | States Code, Section 1542; Title 8, |
| JUAN CARLOS VILLALOBOS | ) | United States Code, Sections |
| | ) | 1326(a) and (b)(2); Title 6, |
| | ) | United States Code, Section 202(4) |

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:  **MAGISTRATE JUDGE DENLOW**

On or about January 29, 2008, at Arlington Heights, in the Northern District of Illinois, Eastern Division,

JUAN CARLOS VILLALOBOS,

defendant herein, an alien who previously had been deported and removed from the United States on or about September 1, 1999, and November 14, 2003, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a); and Title 6, United States Code, Section 202(4).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about October 10, 2007, at Wheeling, in the Northern District of Illinois, Eastern Division,

JUAN CARLOS VILLALOBOS,

defendant herein, willfully and knowingly made a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely, defendant falsely represented on an application for a United States Passport that his name was "William Lolpez Quiles" and that his social security number was xxx-xx-9984;

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY