FELONY

KC FILED

FEB 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 20 2008

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

08 CR 66

JUDGE BUCKLO

MAGISTRATE JUDGE DENLOW

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **YES**
   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   **08 CR 66, United States v. Juan Carlos Villalobos**
   Denlow

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**
   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information? **NO**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**
   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   **Immigration Laws (IV)**

10) List the statute of each of the offenses charged in the indictment or information.

    18 U.S.C. § 1542, 8 U.S.C. § 1326(a)

Steven A. Block
Assistant United States Attorney