## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Elaine E. Bucklo | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 66 - 1 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Juan Carlos Villalobos | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 3/3/08. Pretrial motions to be filed by or on 3/13/08; any response by or on 3/24/08. Status hearing set before Judge Bucklo on 3/14/08 at 10:00 a.m. Government's oral motion to exclude time is granted. Time from the day of arraignment through the status date of 3/14/08 to be excluded under 18:3161 (a)(1) and the U.S. Vs. Tibboel, 753 F.2d. 608 (7th Cir. 1985) (XT).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:04

| | Courtroom Deputy Initials: | DK |
|---|---|---|