## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                  Case No.: 1:08−cr−00066
                                                     Honorable Elaine E. Bucklo

Juan Carlos Villalobos

                       Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to Juan Carlos Villalobos, Status hearing held on 3/14/2008, Jury Trial set for 4/28/2008 at 09:30 AM. Status hearing set for 4/8/2008 at 09:30 AM. Time from this day through trial date is excluded for trial preparations under 18:3161 (h)(8)(B)(iv).Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.