**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                 Case No.: 1:08−cr−00066
                                                       Honorable Elaine E. Bucklo

Juan Carlos Villalobos

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Juan Carlos Villalobos, Status hearing held on 4/8/2008 and continued to 4/17/2008 at 09:30 AM. Defendant's oral motion for leave to withdraw appearance of his counsel, Patrick Eamon Boyle is granted. Defendant advised the court that he would like to hire his own attorney. Trial set for 4/28/08 is vacated. Time from this day through next status is excluded in the interest of justice under 18:3161 (h)(8)(B)(iv). (mpj, )iled

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.