UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                           Case No.: 1:08−cr−00066
                                           Honorable Elaine E. Bucklo

Juan Carlos Villalobos

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Juan Carlos Villalobos, Status hearing held on 4/17/2008. Status hearing set for 4/25/2008 at 09:30 AM. Time from this day through next status is exlcuded in the intereset of justice to allow defendant time to retain his own counsel and for trial preparation under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.