## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
## Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                       Case No.: 1:08−cr−00066
                                                       Honorable Elaine E. Bucklo

Juan Carlos Villalobos

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:As to Juan Carlos Villalobos, Status hearing held on 4/25/2008. Status hearing set for 4/30/2008 at 02:00 PM. Federal Defender Program is appointed to represent defendant. Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.