## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 66 - 1 | **DATE** | 7/1/2008 |
| **CASE TITLE** | USA vs. Villalobos | | |

**DOCKET ENTRY TEXT**

Change of plea held. Defendant withdrew his plea of not guilty to both counts of the indictment and entered a plea of guilty to those counts. Defendant was informed of his rights. Judgment of guilty entered on both counts. The cause is referred to the probation department for the preparation of a presentence investigation report. Any objection to the PSI report, and motion will be due by 9/2/08; and response by 9/8/08. Sentencing set for 9/12/08 at 11:30 a.m. NO Plea Agreement filed.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | MPJ |
|---|---|---|